Ingrassio v Best Tile Realty, LLC (2023 NY Slip Op 01403)

Ingrassio v Best Tile Realty, LLC

2023 NY Slip Op 01403

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

152 CA 22-01112

[*1]JOYCE R. INGRASSIO, PLAINTIFF-RESPONDENT,
v
BEST TILE REALTY, LLC, EAST COAST TILE IMPORTS, INC., AND EAST COAST TILE IMPORTS OF SYRACUSE, INC., DEFENDANTS-APPELLANTS. 

BARCLAY DAMON LLP, ROCHESTER (DAVID M. FULVIO OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
WILLIAM MATTAR, P.C., ROCHESTER (MATTHEW J. KAISER OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Monroe County (Daniel J. Doyle, J.), entered February 2, 2022. The order denied the motion of defendants for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 13 and February 27, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court